| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Jones, James P. | 2. Court or Organization  Western District of Virginia | 3. Date of Report  09/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  1/1/2013 to 12/31/2013 |
| 7. Chambers or Office Address  180 West Main Street  Rm. 104  Abingdon, VA 24210 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | The Duke Endowment |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The Doris Duke Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. Trust No. 1, income beneficary (X) | D | Dividend | O | T | | | | | |
| 3. Trust No. 2, income beneficary (X) | D | Dividend | P1 | T | | | | | |
| 4. Trust No. 3, income benficiary (X) | C | Dividend | P1 | T | | | | | |
| 5. Trust No. 4, income benficiary (X) | A | Dividend | J | T | | | | | |
| 6. Hennessy Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 7. Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 8. Chevron Corp common stock | C | Dividend | M | T | | | | | |
| 9. Duke Energy common stock | E | Dividend | N | T | | | | | |
| 10. Exxon Mobil common stock | D | Dividend | N | T | | | | | |
| 11. IBM common stock | B | Dividend | M | T | | | | | |
| 12. AT&T Inc common stock | B | Dividend | K | T | | | | | |
| 13. T. Rowe Price Va Bond Fund | A | Dividend | J | T | | | | | |
| 14. T. Rowe Price Summit Muncipal Intermediate Fund | A | Dividend | J | T | | | | | |
| 15. T. Rowe Price Growth Stock Fund | A | Dividend | N | T | | | | | |
| 16. T. Rowe Price New Horizons Fund | C | Dividend | M | T | | | | | |
| 17. T. Rowe Price New Asia Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 19. T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 20. T. Rowe Price New Income Fund | E | Dividend | N | T | | | | | |
| 21. T. Rowe Price Prime Reserve Fund | A | Dividend | N | T | | | | | |
| 22. T. Rowe Price Science & Tech. Fund | | None | M | T | Redeemed (part) | 11/19/13 | J | A | |
| 23. T. Rowe Price Blue Chip Growth Fund | | None | O | T | | | | | |
| 24. T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | Redeemed (part) | 01/23/13 | M | A | |
| 25. T. Rowe Price Value Fund | B | Dividend | L | T | | | | | |
| 26. T. Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 27. T. Rowe Price High Yield Fund | A | Dividend | K | T | | | | | |
| 28. T. Rowe Price Summit Cash Reserves | A | Dividend | K | T | | | | | |
| 29. Wells Fargo bank account | A | Interest | J | T | | | | | |
| 30. Virginia529 Plan James River Portfolio | | None | N | T | | | | | |
| 31. Transamerica TS&W Int'l Equity Portfolio | C | Dividend | N | T | | | | | |
| 32. Abbott Laboratories common stock | A | Dividend | | | Sold | 01/24/13 | J | C | |
| 33. AbbVie Inc common stock | A | Dividend | | | Spinoff (from line 32) | 01/02/13 | K | | |
| 34. | | | | | Sold | 04/01/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameriprise Financial Inc common stock | A | Dividend | | | Sold | 08/31/13 | J | A | |
| 36. AT&T Inc common stock | A | Dividend | | | Sold | 05/10/13 | J | D | |
| 37. Annaly Capital MGMT REIT | A | Dividend | K | T | Buy (add'l) | 04/01/13 | J | | |
| 38. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 39. Baxter International common stock | A | Dividend | K | T | | | | | |
| 40. Bed Bath & Beyond, Inc. common stock | | None | J | T | | | | | |
| 41. Berkley WR Corp common stock | A | Dividend | J | T | | | | | |
| 42. Bio-Rad Labs Inc A common stock | | None | K | T | Buy | 01/10/13 | K | | |
| 43. BP PLC ADR | A | Dividend | J | T | Buy (add'l) | 04/01/13 | J | | |
| 44. CBRE Group, Inc. common stock | | None | K | T | | | | | |
| 45. Centerpoint Energy Inc common stock | A | Dividend | | | Sold | 05/10/13 | K | D | |
| 46. Chevron Corp common stock | A | Dividend | K | T | | | | | |
| 47. Chubb Corp common stock | A | Dividend | K | T | | | | | |
| 48. Cisco Systems Inc common stock | A | Dividend | K | T | | | | | |
| 49. Comerica Inc common stock | A | Dividend | K | T | | | | | |
| 50. Corning Inc common stock | A | Dividend | K | T | | | | | |
| 51. Dean Foods Co common stock | | None | | | Buy | 03/01/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 05/10/13 | K | B | |
| 53. Deere & Co common stock | A | Dividend | | | Sold | 05/07/13 | K | D | |
| 54. Disney Walt Co common stock | | None | K | T | Buy (add'l) | 09/10/13 | K | | |
| 55. Dominion Resources Inc common stock | A | Dividend | K | T | | | | | |
| 56. Dreyfus Emrg Mkts Debt | B | Dividend | J | T | | | | | |
| 57. EMC Corp Mass common stock | A | Dividend | K | T | Buy (add'l) | 02/19/13 | K | | |
| 58. Emerson Electric Co common stock | A | Dividend | K | T | | | | | |
| 59. EOG Resources, Inc common stock | A | Dividend | K | T | | | | | |
| 60. Foster Wheeler common stock | | None | K | T | Buy (add'l) | 03/01/13 | K | | |
| 61. Freeport McMoran Copper common stock | A | Dividend | K | T | | | | | |
| 62. GNC Holdings Inc common stock | A | Dividend | K | T | Buy | 01/24/13 | K | | |
| 63. General Electric Co. common stock | A | Dividend | L | T | | | | | |
| 64. Hologic Inc common stock | | None | K | T | | | | | |
| 65. IBM common stock | A | Dividend | K | T | | | | | |
| 66. Intel Corp common stock | A | Dividend | K | T | Buy | 09/20/13 | K | | |
| 67. Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 68. JPMorgan Chase & Co common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. KLA Tencor Corp common stock | A | Dividend | K | T | Buy | 05/07/13 | K | | |
| 70. L-3 Communications Hldgs common stock | A | Dividend | K | T | | | | | |
| 71. Laboratory Corp of America common stock | | None | J | T | | | | | |
| 72. Macy's Inc common stock | A | Dividend | K | T | Buy (add'l) | 01/11/13 | K | | |
| 73. Metlife common stock | | None | J | T | | | | | |
| 74. Microsoft Corp common stock | A | Dividend | K | T | Sold (part) | 08/09/13 | K | A | |
| 75. Monsanto Co. common stock | A | Dividend | J | T | Buy (add'l) | 08/09/13 | J | | |
| 76. Nestle SA ADR | A | Dividend | J | T | | | | | |
| 77. News Corp Ltd common stock | A | Dividend | | | Sold | 09/10/13 | J | B | |
| 78. Nvidia Corp common stock | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 79. Noble Corp common stcok | A | Dividend | K | T | Buy (add'l) | 04/01/13 | J | | |
| 80. Norfolk Southern common stock | A | Dividend | K | T | | | | | |
| 81. Northrop Grumman Corp common stock | A | Dividend | K | T | Sold (part) | 08/29/13 | J | C | |
| 82. Open Text Corp common stock | A | Dividend | L | T | Buy | 04/23/13 | K | | |
| 83. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 84. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 85. Oracle Corp common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pfizer Inc common stock | A | Dividend | K | T | | | | | |
| 87. Philip Morris Intl Inc common stock | A | Dividend | K | T | Buy (add'l) | 09/13/13 | K | | |
| 88. PPL Corp common stock | A | Dividend | K | T | Buy | 05/10/13 | K | | |
| 89. Praxair, Inc common stock | A | Dividend | K | T | | | | | |
| 90. Prudential Financial Inc common stock | A | Dividend | J | T | Sold (part) | 06/17/13 | J | B | |
| 91. Rio Tinto PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 92. Reynolds American Inc common stock | A | Dividend | K | T | | | | | |
| 93. Rockwell Collins Inc common stock | A | Dividend | K | T | | | | | |
| 94. Safeway Inc common stock | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 95. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 96. | | | | | Sold (part) | 10/24/13 | K | D | |
| 97. Sandisk Corp common stock | A | Dividend | K | T | Sold (part) | 07/18/13 | K | B | |
| 98. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 99. Siemans A G ADR | A | Dividend | L | T | | | | | |
| 100. Symantec Corp common stock | | None | | | Sold | 04/23/13 | K | C | |
| 101. Target Corp common stock | A | Dividend | K | T | | | | | |
| 102. Total SA sponsored ADR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trinity Industries Inc common stock | A | Dividend | K | T | Buy | 10/24/13 | K | | |
| 104. Tupperware Brands Corp common stock | A | Dividend | K | T | Buy | 01/24/13 | K | | |
| 105. 21st Century Fox Class A common stock | | None | | | Spinoff (from line 77) | 07/05/13 | K | | |
| 106. | | | | | Sold | 09/10/13 | K | E | |
| 107. Unilever NV | A | Dividend | K | T | | | | | |
| 108. Vanguard Interm Term Tax Exempt Fund (X) | A | Dividend | K | T | | | | | |
| 109. Vanguard Long Term Tax Exempt Fund (X) | A | Dividend | K | T | | | | | |
| 110. Vanguard Ltd Term Tax Exempt Fund (X) | A | Dividend | J | T | | | | | |
| 111. Vodafone Group PLC ADR | A | Dividend | | | Sold | 10/24/13 | K | D | |
| 112. Xilinx Inc common stock | A | Dividend | K | T | Sold (part) | 08/09/13 | J | A | |
| 113. Schwab Gov't Money Fund | C | Dividend | M | T | | | | | |
| 114. Bedford Co VA muni bond | A | Interest | | | Redeemed | 05/01/13 | K | A | |
| 115. Orange Co VA muni bond | A | Interest | K | T | | | | | |
| 116. Roanoke VA muni bond | A | Interest | K | T | | | | | |
| 117. Virginia Comwlth Tr muni bond | A | Interest | M | T | | | | | |
| 118. American International Group common stock | A | Dividend | L | T | | | | | |
| 119. Applied Materials Inc common stock | A | Dividend | | | Sold | 08/26/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CA, Inc common stock | A | Dividend | K | T | Sold (part) | 01/30/13 | K | A | |
| 121. CIGNA Corp common stock | A | Dividend | J | T | | | | | |
| 122. Koninklijke Philips Elect common stock | A | Dividend | J | T | Buy (add'l) | 02/19/13 | J | | |
| 123. National Grid Plc common stock | A | Dividend | J | T | | | | | |
| 124. Novartis Ag-ADR | A | Dividend | K | T | | | | | |
| 125. Pentair Ltd common stock | A | Dividend | J | T | | | | | |
| 126. Royal Dutch Shell Plc-ADR B ADR | A | Dividend | L | T | Buy (add'l) | 04/12/13 | K | | |
| 127. Southwest Airlines Co common stock | A | Dividend | | | Sold | 08/02/13 | K | E | |
| 128. TEVA Pharmaceutical-SP ADR | A | Dividend | | | Sold | 07/18/13 | K | A | |
| 129. ADT Corp common stock | A | Dividend | J | T | | | | | |
| 130. Walgreen Company common stock | A | Dividend | | | Sold (part) | 07/18/13 | K | D | |
| 131. | | | | | Sold | 09/18/13 | K | B | |
| 132. Ace Ltd New common stock | A | Dividend | J | T | | | | | |
| 133. Allergan Inc common stock | A | Dividend | | | Sold | 08/09/13 | K | A | |
| 134. Allianz SE ADR | | None | L | T | Buy | 08/29/13 | J | | |
| 135. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 136. | | | | | Buy (add'l) | 09/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Amazon Com Inc common stock | | None | J | T | | | | | |
| 138.  Anadarko Petroleum Corp common stock | A | Dividend | | | Sold | 02/25/13 | J | A | |
| 139.  Apartment Invt & Mgmt Co -A common stock | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 140.  Apple Inc common stock | A | Dividend | K | T | | | | | |
| 141.  AQR Managed Futures Strategy Fund | A | Dividend | K | T | Buy | 05/01/13 | K | | |
| 142.  Assurant Inc common stock | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 143.  AT&T Inc common stock | A | Dividend | J | T | | | | | |
| 144.  Autozone Inc common stock | | None | J | T | | | | | |
| 145.  Baker Hughes Inc common stock | A | Dividend | J | T | | | | | |
| 146.  Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 147.  Biogen Idec Inc common stock | | None | J | T | | | | | |
| 148.  Blackrock High Yield Bond fund | B | Dividend | K | T | | | | | |
| 149.  Brookfield Office Pptys I common stock | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 150.  Cameron Inernational Corp common stock | | None | J | T | | | | | |
| 151.  Campbell Soup Co common stock | A | Dividend | J | T | | | | | |
| 152.  Capital One Financial Corp common stock | A | Dividend | J | T | | | | | |
| 153.  Cardinal Health Inc common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Carnival Corp common stock | A | Dividend | J | T | | | | | |
| 155. Caterpillar Inc common stock | A | Dividend | J | T | | | | | |
| 156. CBS Corp Class B common stock | A | Dividend | J | T | | | | | |
| 157. Celgene Corp common stock | | None | J | T | | | | | |
| 158. Centerpoint Energy Inc common stock | A | Dividend | J | T | | | | | |
| 159. Cisco Systems Inc common stock | A | Dividend | J | T | | | | | |
| 160. Citigroup Inc New common stock | A | Dividend | J | T | | | | | |
| 161. Citrix Systems Inc common stock | A | Dividend | J | T | | | | | |
| 162. Cliffs Natural Resources Inc common stock | A | Dividend | | | Sold | 10/04/13 | J | A | |
| 163. Coach Inc common stock | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 164. Coca-Cola Co common stock | A | Dividend | J | T | | | | | |
| 165. Cognizant Technology Solutions Corp Cl A common stock | | None | J | T | | | | | |
| 166. Colgate Palmolive Co common stock | A | Dividend | J | T | | | | | |
| 167. Columbia Dividend Income Fund Cl Z | | None | J | T | Buy | 09/03/13 | J | | |
| 168. Columbia Va Intermed Mun Bd Fund | B | Dividend | L | T | Buy | 06/04/13 | L | | |
| 169. Columbia Income Opportunities Fund | B | Dividend | K | T | Buy | 06/18/13 | K | | |
| 170. Columbia Short Term Mun Bd Fund Cl Z | B | Dividend | M | T | Buy | 06/18/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Comcast Corp Cl A common stock | A | Dividend | J | T | | | | | |
| 172. ConocoPhillips common stock | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 173. Constellation Brands Inc-A common stock | | None | | | Sold | 03/11/13 | J | A | |
| 174. Covidien Plc New common stock | A | Dividend | J | T | | | | | |
| 175. CVS Caremark Corp common stock | A | Dividend | J | T | | | | | |
| 176. Darden Restaurants Inc common stock | A | Dividend | J | T | | | | | |
| 177. Devon Energy Corp common stock | A | Dividend | J | T | | | | | |
| 178. Dominion Resources Inc Va common stock | A | Dividend | K | T | | | | | |
| 179. Eaton Corp PLC common stock | A | Dividend | J | T | | | | | |
| 180. E I Du Pont de Nemours & Co common stock | A | Dividend | J | T | | | | | |
| 181. Eaton Vance Floating Rate Fund | B | Dividend | K | T | | | | | |
| 182. EMC Corp Mass common stock | A | Dividend | J | T | | | | | |
| 183. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 184. EOG Resouces Inc common stock | A | Dividend | K | T | | | | | |
| 185. Estee Lauder Cos Inc Cl A | | None | J | T | | | | | |
| 186. E-TRACS Alerian MPL Infra ETF | | None | K | T | Buy | 06/20/13 | K | | |
| 187. Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Freeport McMoRan Copper & Gold Inc Cl B common stock | A | Dividend | J | T | | | | | |
| 189. General Electric Co common stock | A | Dividend | J | T | | | | | |
| 190. General Mills Inc common stock | A | Dividend | J | T | | | | | |
| 191. General Motors Co common stock | | None | J | T | | | | | |
| 192. Goldman Sachs Group Inc common stock | A | Dividend | J | T | | | | | |
| 193. HCP Inc common stock | A | Dividend | J | T | | | | | |
| 194. Home Depot Inc common stock | A | Dividend | J | T | | | | | |
| 195. Honeywell International Inc common stock | A | Dividend | J | T | | | | | |
| 196. Humana Inc common stock | A | Dividend | J | T | Sold (part) | 10/24/13 | K | D | |
| 197. Intercontinental Exchange Inc common stock | A | Dividend | J | T | | | | | |
| 198. Invesco Ltd common stock | A | Dividend | J | T | | | | | |
| 199. iShares Barclays Tips Bond ETF | A | Dividend | K | T | | | | | |
| 200. iShares Russell Mid-Cap Index ETF | A | Dividend | K | T | | | | | |
| 201. iShares MSCI EAFE ETF | | None | J | T | Buy | 06/06/13 | J | | |
| 202. iShares Russell 2000 ETF | | None | J | T | Buy | 06/11/13 | J | | |
| 203. Ivy Larg Cap Growth Fund | A | Dividend | J | T | | | | | |
| 204. Johnson Controls Inc common stock | | None | | | Sold | 01/18/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 206. JPM Intermediate Tax Free Bd Fd - Sel fund 685 fund | C | Dividend | | | Sold | 10/11/13 | J | A | |
| 207. Kraft Foods Inc Class A common stock | A | Dividend | K | T | | | | | |
| 208. Keycorp common stock | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 209. Lam Research Corp common stock | | None | J | T | Sold (part) | 02/19/13 | J | A | |
| 210. Legg Mason BW Absolute Return Opp Fund Cl Z | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 211. Lennar Corp Cl A common stock | A | Dividend | J | T | | | | | |
| 212. Lowes Companies Inc common stock | A | Dividend | J | T | | | | | |
| 213. Managers AMG Funds - TimesSquare Mid Cap Growth fund | | None | K | T | | | | | |
| 214. Marathon Oil Corp common stock | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 215. Marathon Pete Corp common stock | A | Dividend | J | T | | | | | |
| 216. Mastercard Inc - Class A common stock | A | Dividend | J | T | | | | | |
| 217. Matthews Pacific Tier Instl Fund | A | Dividend | K | T | | | | | |
| 218. Merck and Co Inc common stock | A | Dividend | J | T | | | | | |
| 219. MetLife Inc. common stock | A | Dividend | J | T | | | | | |
| 220. Microsoft Corp common stock | A | Dividend | K | T | Sold (part) | 09/10/13 | K | D | |
| 221. Mondelez Intl Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Monsanto Co common stock | A | Dividend | K | T | | | | | |
| 223.  Mosaic Co New common stock | A | Dividend | | | Sold | 04/01/13 | J | A | |
| 224.  NASDAQ OM X Group common stock | A | Dividend | J | T | | | | | |
| 225.  NetApp Inc common stock | A | Dividend | K | T | Buy (add'l) | 09/10/13 | J | | |
| 226.  Nextera Energy Inc common stock | A | Dividend | J | T | | | | | |
| 227.  Nike Inc B common stock | A | Dividend | J | T | Sold (part) | 04/01/13 | J | C | |
| 228.  Norfolk Southern Corp common stock | A | Dividend | J | T | | | | | |
| 229.  Occidental Petroleum Corp common stock | A | Dividend | J | T | | | | | |
| 230.  Oracle Corp common stock | A | Dividend | J | T | | | | | |
| 231.  Paccar Inc common stock | A | Dividend | J | T | Buy (add'l) | 04/01/13 | J | | |
| 232. | | | | | Sold (part) | 08/09/13 | J | B | |
| 233.  Permanent Portfolio Fund | | None | K | T | Buy | 05/01/13 | J | | |
| 234.  Pfizer Inc common stock | A | Dividend | J | T | | | | | |
| 235.  Phillips 66 common stock | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 236.  PIMCO All Asset All Authority Fund | | None | J | T | Buy | 05/01/13 | J | | |
| 237.  Pioneer Natural Resources Co common stock | A | Dividend | J | T | Sold (part) | 09/27/13 | J | A | |
| 238.  Power shares Db Commodity Index Tracking fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Principal Pfd Secs Fd Instl Cl | C | Dividend | L | T | Buy | 06/04/13 | L | | |
| 240. Procter & Gamble Co common stock | A | Dividend | J | T | | | | | |
| 241. Prudential Financial Inc common stock | A | Dividend | K | T | | | | | |
| 242. Qualcomm Inc common stock | A | Dividend | J | T | | | | | |
| 243. Raytheon Co common stock | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 244. Ryder System Inc common stock | A | Dividend | | | Sold | 10/04/13 | J | A | |
| 245. Royal Dutch Shell Plc-ADR A ADR | A | Dividend | J | T | | | | | |
| 246. Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 247. Southwestern Energy Co common stock | | None | J | T | | | | | |
| 248. SPDR Gold Trust fund | | None | J | T | | | | | |
| 249. T Rowe Price New Asia fund | A | Dividend | K | T | | | | | |
| 250. Templeton Global Bd Fund | A | Dividend | K | T | Buy | 06/18/13 | K | | |
| 251. Target Corp common stock | A | Dividend | J | T | | | | | |
| 252. TD Ameritrade Holding Corp common stock | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 253. Time Warner Inc New common stock | A | Dividend | K | T | | | | | |
| 254. Travelers Cos Inc common stock | A | Dividend | | | Sold | 11/11/13 | J | A | |
| 255. Tyco International Ltd common stock | A | Dividend | J | T | Sold (part) | 10/04/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. United Technologies Corp common stock | A | Dividend | K | T | | | | | |
| 257. Unitedhealth Group Inc common stock | A | Dividend | J | T | | | | | |
| 258. US Bancorp Del common stock | A | Dividend | J | T | | | | | |
| 259. Valero Energy Corp common stock | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 260. Vanguard Emerging Market ETF | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 261. Vanguard REIT | A | Dividend | K | T | Buy | 06/26/13 | K | | |
| 262. Verizon Communications Inc common stock | A | Dividend | J | T | Sold (part) | 04/01/13 | J | C | |
| 263. Vertex Pharmaceuticals Inc common stock | | None | J | T | | | | | |
| 264. Wells Fargo & Co common stock | A | Dividend | K | T | | | | | |
| 265. Williams Companies Inc common stock | A | Dividend | J | T | | | | | |
| 266. Xilinx Corp common stock | A | Dividend | J | T | Sold (part) | 08/28/13 | J | B | |
| 267. Yum Brands Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 09/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts

Line 30 Virginia529 Plan was inadvertently omitted from prior reports. It is not possible to select the assets in the Plan; only the level of risk.

Line 56 Dreyfus Emrg Mkts Debt was inadvertently omitted from the 2012 report. It was received in 2012 as an inheritance.

Line 185 Estee Lauder Cos Inc Cl A common stock was only partially sold in 2012 but was mistakenly listed as sold in Line 164 of 2012 report.

Line 225 NetApp Inc common stock was only partially sold in 2012 but was mistakenly listed as sold in Line 207 of 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544